IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT S. JOHNSTON III, et al. | * | |
| v. | * | Civil No. CCB-18-3988 |
| | * | |
| LINDA H. LAMONE | | |

*******

## ORDER

For the reasons stated on the record in open court following oral argument on January 31, 2019, it is hereby Ordered that:

1. The plaintiffs' motion for temporary restraining order and preliminary injunction (ECF NO. 11) is **Denied**; and

2. A status report is due from counsel on February 8, 2019.

1/31/19
Date

/S/ CCB
Catherine C. Blake
United States District Judge