# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Robert S. JOHNSTON III and the<br>LIBERTARIAN PARTY OF MARYLAND<br><br>Plaintiffs,<br><br>v.<br><br>Linda H. LAMONE, in Her Official<br>Capacity as Administrator of the<br>Maryland State Board of Elections<br><br>Defendant. | Case No. 1:18-cv-03988-CCB |

## SCHEDULING ORDER

Having considered the Parties' Joint Motion for Scheduling Order, it is this ___8th___ day of ___Feb.___, 2019, hereby ORDERED as follows:

1. Defendant's Responsive Pleading

    a. Defendant's Answer (or motion to dismiss) will be due on or before Monday, February 25, 2019.

    b. If there is a motion to dismiss, the normal briefing schedule will apply to that motion and all of the deadlines below will be stayed pending resolution of the motion.

2. Discovery

    a. The parties will exchange document requests and interrogatory responses on or before Friday, March 1, 2019.

    b. The parties will provide the requested documents and interrogatory responses on or before Friday, March 29, 2019.

    c. The parties will exchange follow-up requests, which may be informal, on or before Monday, April 8, 2019, and meet to discuss the follow-up requests on or before Friday, April 12, 2019. The parties will endeavor to respond promptly to any follow-up requests, and in any case no later than May 1, 2019.

    d. Throughout discovery, both parties commit to the principle that discovery should wherever possible be limited to whatever is sufficient to demonstrate the fact at issue, rather than "kitchen sink" discovery. In keeping with the principle of sufficiency, the parties will be particularly alert to opportunities to replace formal interrogatories and document requests with informal interviews that result in stipulations of fact agreeable to both sides.

    e. The parties will make disclosures required by Fed. R. Civ. P. 26(a)(1) and Fed. R. Civ. P. 26(a)(2) on or before Friday, March 15, 2019. The discovery provided by each party pursuant to this Order does not excuse the parties from complying with the remaining disclosure requirements of Fed. R. Civ. P. 26(a).

3. Stipulation of Undisputed Facts

    a. Each party will provide the other with a draft stipulation of fact supporting its own motion for summary judgment on or before Friday, May 3, 2019. (The motions themselves need not be provided at this time, nor need the parties support their proposed stipulations with citations to documents or interrogatories if they really believe the fact is undisputed.)

    b. Plaintiffs will provide Defendant with a draft joint stipulation of undisputed fact on or before Friday, May 17, 2019.

    c.  Defendant will provide Plaintiffs with comments on the draft by Friday, May 24, 2019, and the parties will resolve disagreements and stipulate to as many material facts as possible by Friday, May 31, 2019.

4. Summary Judgment Motions

    a. Plaintiffs will file any motion for summary judgment by Friday, June 14.

    b. Defendant will oppose motion for summary judgment and cross-file by Wednesday, July 3, 2019.

    c. Plaintiffs will reply to Defendant's cross-filing and oppose by Wednesday, July 24, 2019.

    d. Defendant will reply by Friday, August 2, 2019.

    e. All motions will be based on the joint stipulation of undisputed facts and on the moving party's evidence of additional facts that the moving party contends should be undisputed. The moving party's evidence of additional facts need not have been included in that party's initial draft stipulation of facts provided to the other party pursuant to paragraph 3.a.

5. Counsel are permitted by mutual consent to adjust any of the foregoing deadlines without seeking on order from the Court, provided that summary judgments are on file with this Court, fully briefed and ready for the Court's resolution, on or before Friday, August 16, 2019.

**SO ORDERED.**

                                                                                        The Honorable Catherine C. Blake
                                                                                        U.S. District Judge